IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00018–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANK O'BRYAN,

    Defendant.

## **AMENDED ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **June 19, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is May 12, 2006.  All responses shall be filed by May 19, 2006.  A hearing on the motions, if necessary, is set for **May 26, 2006**, at 2:15 o'clock p.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **June 9, 2006**.  The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, June 7, 2006.

Dated: April 5, 2006